DUMAS & CLARK LLP
CECILY A. DUMAS (S.B. NO. 111449)
ROBERT E. CLARK (S.B. NO. 245882)
150 California St., Suite 2200
San Francisco, CA 94111
Telephone: (415) 762-1640
cecily.dumas@dumasclark.com
robert.clark@dumasclark.com

Counsel for Defendants Davidson Law
Group and Ben M. Davidson

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 11-31376 DM |
| HOWREY LLP, | Chapter 11 |
| Debtor. | **STIPULATION TO EXTEND CASE MANAGEMENT AND DISCOVERY DEADLINES AND FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |
| | Judge: Hon. Dennis Montali |
| ALLAN B. DIAMOND, Chapter 11 Trustee for Howrey LLP, | Adv. P. No. 13-03039 DM |
| Plaintiff, | |
| v. | |
| DAVIDSON LAW GROUP and BEN M. DAVIDSON, | |
| Defendants. | |

Pursuant to Bankruptcy Local Rule 9006-1(b), plaintiff Allan B. Diamond, chapter 11 trustee of Howrey LLP ("Trustee"), and defendants Davidson Law Group and Ben M. Davidson ("Defendants"), by and through their respective counsel of record, stipulate and request as follows:

WHEREAS Plaintiff Trustee filed his Complaint on March 11, 2013 [ECF No. 1]; and

Case: 13-03039   Doc# 9   Filed: 05/13/13   Entered: 05/13/13 12:30:28   Page 1 of 3

WHEREAS, on April 8, 2013, the parties filed a Stipulation Extending Time to Respond to Complaint from April 12, 2013 to May 13, 2013 [ECF No. 8]; and

WHEREAS the Court has set an initial scheduling conference on May 30, 2013, and ordered that the parties confer at a discovery conference at least twenty-one days before the scheduling conference and submit a discovery plan; and

WHEREAS the parties believe that an initial Case Management Conference, if necessary, should be held after this Court's first scheduling conference on May 30, 2013, after the filing of Defendants' response to the Complaint and the initial scheduling conference; and

WHEREAS the parties have conferred regarding the issues outlined in the Court's Order Re Initial Disclosures and Discovery [ECF No. 3]; and

WHEREAS the parties have agreed to continue a dialogue and refine issues related to motion practice and discovery that will affect further scheduling of this matter; and

WHEREAS the parties have agreed to hold further discovery conferences after the exchange of Initial Disclosures, which disclosures shall be exchanged fourteen (14) days after completion of the discovery conference; and

WHEREAS the parties continue to conduct discussions for an amicable resolution of the issues;

THEREFORE, pursuant to the Court's Order Re Initial Disclosures and Discovery, paragraph 4(c), the parties stipulate to postpone the requirement to submit a formal discovery plan pursuant to Fed. R. Civ. P. 26(f) and all other discovery deadlines to the dates set forth above and to extend the deadline for Defendants to respond to the Complaint for an additional thirty days to and including June 12, 2013.

**IT IS SO STIPULATED.**

Dated: May 13, 2013                    DIAMOND MCCARTHY LLP


                                       By: /s/ Andrew B. Ryan
                                           _____
                                           ANDREW B. RYAN
                                           Counsel for Plaintiff Allen B. Diamond,
                                           Chapter 11 Trustee for Howrey LLP
                                           (admitted *pro hac vice*)

Dated: May 13, 2013                    DUMAS & CLARK LLP


                                       By: /s/ Robert E. Clark
                                           _____
                                           ROBERT E. CLARK
                                           Counsel for Defendants Davidson Law
                                           Group and Ben M. Davidson